## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

GHASSAN SHAHIN and JAROSLAVA
SHAHIN,

     Plaintiffs,

v.                          Case No: 8:19-cv-1773-JSM-JSS

ALLY FINANCIAL, INC.,

     Defendant.

_____

## <u>ORDER</u>

THIS CAUSE comes before the Court on the Joint Motion to Dismiss and Submit Case to Arbitration (Dkt. 8). Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1.    The Joint Motion to Dismiss and Submit Case to Arbitration (Dkt. 8) is GRANTED.

2.    The case is referred to arbitration.

3.    The Clerk is directed to stay these proceedings and administratively close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 13th day of August, 2019.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record